UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STERN, RICHARD J § Case No. 10-71229
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/27/2011 in Courtroom 115,
United States Courthouse
211 S. Court St.
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue _____
                                          Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STERN, RICHARD J § Case No. 10-71229
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,502.64 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 3,502.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 313.17 | $ 0.00 | $ 313.17 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 927.50 | $ 0.00 | $ 927.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 12.00 | $ 0.00 | $ 12.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,252.67 |
| Remaining Balance | $ | 2,249.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,249.97 .

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-71229-MB
Richard J. Stern                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: vgossett            Page 1 of 1                  Date Rcvd: Apr 07, 2011
                               Form ID: pdf006          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2011.
```
db          +Richard J. Stern,    10872 Caarpenter Run Lane,    Knoxville, TN 37932-2493
aty          Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr           Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
15262230     Adventist Hnisdale Hospital,    PO Box 9247,    Oak Brook, IL  60522-9247
15262231    +Alpine Bank,    PO Box 6086,    Rockford, IL 61125-1086
15262233     Capital One Bank,    PO Box 6492,    Carol Stream, IL  60197-6492
15262234     Chase,    PO Box 78052,    Phoenix, AZ  85062-8052
15262235     J.C. Christensen & Associates,    PO Box 510,    Sauk Rapids, MN   56379
15262236    +Orsini Healthcare,    PO Box 7230,    Westchester, IL 60154-7230
15262237     Phillips & Cohn Assoc.,    PO Box 58237,    Oak Park, MI  48237
15262228    +Stern Richard J,    1621 Kirby Court,    Belvidere, IL 61008-7180
15262229    +Yalden Olsen & Willette,    1318 E State St,    Rockford, IL 61104-2228
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15262232     E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 07 2011 22:26:09     American Honda,   Finance Corp.,
             PO Box 60001,   City Of Indsutry, CA  91716
```
                                                                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 09, 2011**             **Signature:** *Joseph Speetjens*